IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| -vs- | ) | 8:19-CR-00181 |
| | ) | Motion for Bond |
| Donald Nathaniel Thomas, Jr. | ) | |

    Donald Nathaniel Thomas, Jr. , pursuant to 18 U.S.C. § 3142, moves this Court for an Order setting the terms and conditions of his release pending trial in this matter.   This motion is based upon the fact that Donald Nathaniel Thomas, Jr.  is not a flight risk nor a danger to the community.  Donald Nathaniel Thomas, Jr. is informed and believes that this Court can set such terms and conditions as would reasonably assure the presence of Mr. Thomas at trial and protect the community.

    Counsel for Mr. Thomas has a prior obligation with the South Carolina  Court of Appeals on May 16, 2019.

| | |
|---|---|
| April 23, 2019 | /s/ C. Rauch Wise |
| | C. RAUCH WISE |
| | 305 Main Street |
| | Greenwood, SC 29646 |
| | (864) 229-5010 |
| | rauch@emeraldis.com |
| | |
| | Attorney for |
| |   Donald  Nathaniel Thomas, Jr. |