IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

VS

CR NO. **8:19cr00181-DCC-2**

**DONALD NATHANIEL THOMAS, JR**

## PLEA

The defendant, **DONALD NATHANIEL THOMAS, JR**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1,8** of the **superseding indictment**.

_____
(Signed) Defendant

Spartanburg, South Carolina
September 26, 2019