IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 8:19-cr-00181-DCC-2 |
| ) | |
| vs. ) | |
| ) | |
| DONALD NATHANIEL THOMAS, JR. ) | |
| a/k/a "TJ" ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE
## AS TO DONALD NATHANIEL THOMAS, JR.

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Donald Nathaniel Thomas, Jr., ("Thomas", "Defendant"), based on the defendant's conviction of conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846 and false statements to federal agents, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

1

                                        Respectfully submitted,

                                        PETER M. MCCOY, JR.
                                        UNITED STATES ATTORNEY

                                        By:    *s/Carrie Fisher Sherard*
                                                    Carrie Fisher Sherard #10134
                                                    Assistant United States Attorney
                                                    55 Beattie Place, Suite 700
                                                    Greenville, SC 29601
                                                    (864) 282-2100

May 28, 2020